```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 05761
   ANTONIO F TORRENS
                                             CHAPTER 13

                                             JUDGE: BRUCE W BLACK
         Debtor
   SSN XXX-XX-4345
```

---
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 05/19/06 and confirmed on 07/19/06.

    2.  The case was dismissed after confirmation, 11/14/2008.

    3.  The Debtor paid a total of $ 10650.00 .

    4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAN HOME MTGE | CURRENT MORTG | .00 | .00 | .00 |
| AMERICAN HOME MTGE | MORTGAGE ARRE | 5300.45 | .00 | 5300.45 |
| FIRST COMMUNITY BANK | UNSECURED | NOT FILED | .00 | .00 |
| FIRST MIDWEST BANK | UNSECURED | NOT FILED | .00 | .00 |
| OSBY WATER CONDITIONING | UNSECURED | NOT FILED | .00 | .00 |
| WOLPOFF & ABARAMSON | UNSECURED | NOT FILED | .00 | .00 |

            Summary of disbursements:
---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 5300.45 | .00 | .00 | .00 | 5300.45 |
| PRINCIPAL PAID | 5300.45 | .00 | .00 | .00 | 5300.45 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 5300.45 | .00 | .00 | .00 | 5300.45 |

The Debtor's attorney, PATRICK A MESZAROS             , was allowed $   3000.00
and was paid $    500.00   direct and $    2500.00   through the plan.

The Trustee received $     299.55 .

Refunds to the Debtor totaled $    2550.00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 02/11/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE

```
                              PAGE   2
    CASE NO. 06 B 05761 ANTONIO F TORRENS
```